UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY THOMAS MORIN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL T. SATTERBERG,<br><br>　　　　　　　Defendant. | Case No. C14-1335 RSM<br><br>**ORDER OF DISMISSAL** |

The Court has reviewed the proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, and hereby

**ORDERS**:

(1) The Court adopts the Report and Recommendation;

(2) The proposed complaint, Dkt. 1, is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, and the IFP application is stricken as moot;

(3) The Clerk of Court shall provide plaintiff a copy of this Order.

DATED this 11th day of December 2014.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1